# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KEILA PALAMAR,**       :  <br>    Plaintiff,       : <br>          : <br> v.         : <br>          : <br> **ALMAC GROUP,**       : <br>    Defendant.       : | **CIVIL ACTION NO. 23-cv-1893** |

## ORDER

**AND NOW,** this 12th day of February, 2024, it having been reported that the issues between the Parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is hereby **ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

**AND IT IS SO ORDERED.**

/s/ Paul S. Diamond
Paul S. Diamond, J.